WEST ESSEX BUILDING AND LOAN ASSOCIATION AND FERLAUTE DRESS MANUFACTURING COMPANY, PROSECUTORS-RESPONDENTS, v. BOROUGH OF CALDWELL, A MUNICIPAL CORPORATION OF THE COUNTY OF ESSEX, RESPONDENT-APPELLANT.

WEST ESSEX BUILDING AND LOAN ASSOCIATION, PROSECUTOR-RESPONDENT, v. BOROUGH OF CALDWELL, A MUNICIPAL CORPORATION OF THE COUNTY OF ESSEX, RESPONDENT-APPELLANT.

FERLAUTE DRESS MANUFACTURING COMPANY, PROSECUTOR-RESPONDENT, v. BOROUGH OF CALDWELL, A MUNICIPAL CORPORATION OF THE COUNTY OF ESSEX, RESPONDENT-APPELLANT.

Argued May 23, 1934—Decided September 27, 1934.

For the respondents-appellants, *Milton M. Unger.*

For the prosecutors-respondents, *Thomas Brunetto.*

PER CURIAM.

The judgments under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.